PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) Docket Number: 5:04-mj-2030 TAG |
| | ) |
| **OMID BAHER** | ) |
| | ) |

On June 8, 2004, the above-named was placed on Limited Supervised Probation for a period of 6 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:   May 30, 2005
         Bakersfield, California


**REVIEWED BY:**    /s/ Rick C. Louviere
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re: **OMID BAHER**
Docket Number: MG-F-04-2030 TAG
ORDER TERMINATING PROBATION
<u>PRIOR TO EXPIRATION DATE</u>

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

May 31, 2005
Date

THERESA A. GOLDNER
United States Magistrate Judge

LES:ks
Attachment: Recommendation
cc: United States Attorney's Office
   FLU Unit, AUSA's Office
   Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG